IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff,

 v.

AMERICAN FAMILY INSURANCE COMPANY

      Defendant.

**Case No.** 2:25-cv-01616

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH**

The Motion for *Pro Hac Vice* appearance of Anthony Paronich is GRANTED.

Dated: _____

                _____
                United States District Judge