IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY<br><br>Defendant. | CASE NO. 2:25-CV-01616 |

## MOTION FOR PRAECIPE TO ISSUE SUMMONS

The Plaintiff Daniel Patterson requests that the Clerk of this Court issue the attached summons.

Respectfully submitted,

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on Nov. 14, 2024, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson