# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL PATTERSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**AMERICAN FAMILY INSURANCE COMPANY**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-CV-01616-CB<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Angela Johnson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American Family Insurance Company in Dane County, WI on October 22, 2025 at 11:36 am at 33 E Main St, Ste 610, Madison, WI 53703-4655 by leaving the following documents with Cole Albert who as Receptionist is authorized by appointment or by law to receive service of process for American Family Insurance Company.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CASE DESIGNATION SHEET, CLASS ACTION COMPLAINT

White Male, est. age Unknown, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.0744185747,-89.3823284147
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Dane County</u>, <u>WI</u> on <u>10/24/2025</u>. | /s/ *Angela Johnson* <br> Signature <br> Angela Johnson <br> +1 (608) 212-1185 |



Exhibit 1a)