UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

**DANIEL PATTERSON, individually and on behalf of all others similar situated,**

      Plaintiffs,

v.                                                           Civil Action No. 2:25-CV-01616

**AMERICAN FAMILY INSURANCE COMPANY,**

      Defendant.

---

### NOTICE OF EXTENSION OF TIME FOR DEFDENDANT
### TO RESPOND TO COMPLAINT

---

      Plaintiff, Daniel Patterson, by his counsel, Bower Law Associates, PLLC and Paronich Law, P.C., hereby notifies the court that plaintiff has granted Defendant American Family Insurance Company ("American Family") an extension of time to answer or otherwise respond to the complaint by 90 days, until and including through February 2, 2026.  In support of this notice, the parties inform the court as follows:

      1.      The Complaint in this case asserts a nationwide class action for claims involving the violation of the Telephone Consumer Protection Act.  The Complaint was served on Defendant American Family on October 22, 2025.

      2.      Defendant has indicated to plaintiff that it is not the correct party for this suit. The Complaint refers a woman named Linda Leduc who attempted to sell plaintiff health insurance in Pennsylvania. American Family has indicated to plaintiff that it does not write health insurance in any state, does not write any lines of coverage in Pennsylvania, and has no

record or affiliation whatsoever with Linda Leduc. Ms. Leduc has never been an employee of American Family nor has she ever been licensed by American Family to provide insurance.

3. American Family has met and conferred with undersigned counsel and has requested the extension to allow further investigation into Ms. Leduc and the insurer for which Ms. Leduc was operating at the time of the allegations in the Complaint.

4. The extension is not interposed for purposes of delay and it is believed that neither the court nor the parties will be prejudiced by the granting of the enlargement of time to respond or otherwise answer the Complaint

Dated this 5th day of November, 2025.

Plaintiff,
By Counsel,

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
Tel.: 508-221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff and the Proposed Class*