UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

**DANIEL PATTERSON, individually and
on behalf of all others similar situated,**

      **Plaintiffs,**

  v.                                        Civil Action No. 2:25-CV-01616

**AMERICAN FAMILY INSURANCE COMPANY,**

      **Defendant.**

---

### ORDER GRANTING AN EXTENSION OF TIME FOR
### DEFDENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

---

Plaintiff, Daniel Patterson, having filed its Notice of Extension of Time for Defendant to Respond to Complaint, and the Court having been duly advised, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED THAT defendant American Family Insurance Company's deadline to file a responsive pleading to plaintiff's Complaint shall be and hereby is extended up to and including February 2, 2026.

Dated this ___ day of November, 2025.

 

_____
Cathy Bissoon, Judge, United States District Court
Western District of Pennsylvania