IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY<br><br>　　　　　Defendant. | Case No. 2:25-cv-01616 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　 　/s/ *Anthony I. Paronich*
　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/ *Anthony I. Paronich*
   Anthony I. Paronich